STATE v. JOHNSON

No. 339P98

Case below: 130 N.C.App. 152

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

STATE v. McKISSICK

No. 322P98

Case below: 127 N.C.App. 756

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 October 1998. Motion by defendant (McKissick) for leave to file an untimely petition for discretionary review denied 8 October 1998.

STATE v. MILLIGAN

No. 350A98

Case below: 130 N.C.App. 342

Motion by Attorney General to dismiss appeals allowed 8 October 1998.

STATE v. MOORE

No. 366A98

Case below: 130 N.C.App. 342

Motion by Attorney General to dismiss appeal allowed 8 October 1998.

STATE v. O'NEAL

No. 353P98

Case below: 130 N.C.App. 343

Notice of appeal by defendant (pro se) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 8 October 1998. Petition filed by defendant's attorney for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.